| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Mark Murdock | |
| | First Name    Middle Name | Last Name |
| Debtor 2 | Michelle Murdock | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: District of Idaho | | |
| Case number (If known) | _____ | |

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

Unsecured claim

**1**

Dale Murdock
Creditor's Name
c/o Ryan Ballard
Number    Street
PO Box 38

Rexburg    ID    83440
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $ 350,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

**2**

D Evans Bk T
Creditor's Name
P O Box 1188
Number    Street

Burley    ID    83318
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $ 133,663.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:    – $_____
    Unsecured claim    $_____

28

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor 1  Mark Murdock
First Name  Middle Name  Last Name

Case number (if known) _____

**Unsecured claim**

### 3 Navient
Creditor's Name

PO BOx 9500
Number  Street

Wilkes Barre  PA  18773-9500
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Student Loans**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim     $_____

$5,916.84

### 4 Busch Agricultural Resources
Creditor's Name

3421 E. County Line Road
Number  Street

Idaho Falls  ID  83401
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim     $_____

$4,283.57

### 5 Trost Feed & Seed
Creditor's Name

113 E. 6th S.
Number  Street

Saint Anthony  ID  83445
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim     $_____

$2,592.65

### 6 Idaho Falls Dental
Creditor's Name

3380 S 25th E.
Number  Street

Idaho Falls  ID  83404
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Medical Services**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim     $_____

$1,200.00

### 7 Les Schwab
Creditor's Name

PO Box 35181
Number  Street

Seattle  WA  98124
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):  $_____
  Value of security:  − $_____
  Unsecured claim     $_____

$1,013.83

Debtor 1  Mark Murdock
First Name  Middle Name  Last Name

Case number (if known) _____

**Unsecured claim**

**8**
Creditor's Name: Utah State Tax Commission
Number/Street: 210 N. 1950 W.
City: Salt Lake  State: UT  ZIP Code: 84134-0266

What is the nature of the claim? Taxes & Other Government Units    $ 1,013.83

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

**9**
Creditor's Name: SallieMae
Number/Street: PO Box 9500
City: Wilkes Barre  State: PA  ZIP Code: 18773-9500

What is the nature of the claim? Student Loans    $ Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

**10**
Creditor's Name: Ron's Tire Factory
Number/Street: 1440 E. 1500 N.
City: Terreton  State: ID  ZIP Code: 83450

What is the nature of the claim? _____    $ Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

**11**
Creditor's Name: State of Idaho Tax Commission
Number/Street: 800 E Park Blvd., Plaza IV
City: Boise  State: ID  ZIP Code: 83712

What is the nature of the claim? Taxes & Other Government Units    $ 0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

**12**
Creditor's Name: IRS
Number/Street: Centralized Insolvency Opera
PO Box 7346
City: Philadelphia  State: PA  ZIP Code: 19101-7346

What is the nature of the claim? Taxes & Other Government Units    $ 0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

Debtor 1 __Mark  Murdock_____    Case number (if known)_____
        First Name   Middle Name   Last Name

                                                                          **Unsecured claim**

**13**  _____    What is the nature of the claim? _____    $_____
Creditor's Name
                                As of the date you file, the claim is: Check all that apply.
_____            ☐ Contingent
Number   Street                 ☐ Unliquidated
_____            ☐ Disputed
                                ☐ None of the above apply
_____            **Does the creditor have a lien on your property?**
City       State    ZIP Code    ☐ No
                                ☐ Yes. Total claim (secured and unsecured):  $_____
_____                      Value of security:              – $_____
Contact                                   Unsecured claim                   $_____
_____
Contact phone

**14**  _____    What is the nature of the claim? _____    $_____
Creditor's Name
                                As of the date you file, the claim is: Check all that apply.
_____            ☐ Contingent
Number   Street                 ☐ Unliquidated
_____            ☐ Disputed
                                ☐ None of the above apply
_____            **Does the creditor have a lien on your property?**
City       State    ZIP Code    ☐ No
                                ☐ Yes. Total claim (secured and unsecured):  $_____
_____                      Value of security:              – $_____
Contact                                   Unsecured claim                   $_____
_____
Contact phone

**15**  _____    What is the nature of the claim? _____    $_____
Creditor's Name
                                As of the date you file, the claim is: Check all that apply.
_____            ☐ Contingent
Number   Street                 ☐ Unliquidated
_____            ☐ Disputed
                                ☐ None of the above apply
_____            **Does the creditor have a lien on your property?**
City       State    ZIP Code    ☐ No
                                ☐ Yes. Total claim (secured and unsecured):  $_____
_____                      Value of security:              – $_____
Contact                                   Unsecured claim                   $_____
_____
Contact phone

**16**  _____    What is the nature of the claim? _____    $_____
Creditor's Name
                                As of the date you file, the claim is: Check all that apply.
_____            ☐ Contingent
Number   Street                 ☐ Unliquidated
_____            ☐ Disputed
                                ☐ None of the above apply
_____            **Does the creditor have a lien on your property?**
City       State    ZIP Code    ☐ No
                                ☐ Yes. Total claim (secured and unsecured):  $_____
_____                      Value of security:              – $_____
Contact                                   Unsecured claim                   $_____
_____
Contact phone

**17**  _____    What is the nature of the claim? _____    $_____
Creditor's Name
                                As of the date you file, the claim is: Check all that apply.
_____            ☐ Contingent
Number   Street                 ☐ Unliquidated
_____            ☐ Disputed
                                ☐ None of the above apply
_____            **Does the creditor have a lien on your property?**
City       State    ZIP Code    ☐ No
                                ☐ Yes. Total claim (secured and unsecured):  $_____
_____                      Value of security:              – $_____
Contact                                   Unsecured claim                   $_____
_____
Contact phone

                                                                                        31

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Debtor 1  **Mark  Murdock**
        First Name    Middle Name    Last Name

Case number *(if known)*_____

**Unsecured claim**

**18**

Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

**19**

Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

**20**

Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  − $_____
    Unsecured claim  $_____

| Debtor 1 | Mark Murdock | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _/s/ Mark Murdock_  X _/s/ Michelle Murdock_
Signature of Debtor 1                    Signature of Debtor 2

Date 09/25/2019                          Date 09/25/2019
    MM / DD / YYYY                           MM / DD / YYYY